**Order entered April 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01383-CV

### PMC CHASE, LLP AND STEVE TURNBOW, Appellants

### V.

### BRANCH STRUCTURAL SOLUTIONS, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01773-E**

## ORDER

Before the Court are appellants' second motion for extension of time to file brief and appellee's response in opposition. We **GRANT** the extension motion and **ORDER** the brief received March 13, 2019 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE